IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SCOTT HOCKENBERRY, <br> Plaintiff | ) <br> ) <br> ) | |
| v. | ) <br> ) | Case No. CIV-19-1111-G |
| UNITED STATES OF AMERICA, <br> Defendant. | ) <br> ) <br> ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Scott Hockenberry, Defendant United States of America, and former party Michelle Beth Kalas (collectively, the "Signatories") stipulate to the dismissal *with prejudice* of both this action and all claims or causes of action against any of the Signatories related to the facts and circumstances of the Petition [Doc. 1-2], with each Signatory bearing their own costs and fees.  It is the intent of the Signatories that this Joint Stipulation of Dismissal ends and forever bars litigation by and between the Signatories regarding the facts and circumstances of the Petition [Doc. 1-2], this action and its termination, and the prior related actions in Comanche County District Court and their terminations.

Respectfully submitted this 13th day of June, 2024.

1

| | |
|---|---|
| HB LAW PARTNERS, PLLC | ROBERT J. TROESTER<br>United States Attorney |
| /s/ R. D. Evans, Jr., for<br>Rodney K. Hunsinger<br>(*Signed by Filing Attorney with permission of Counsel for Plaintiff Scott Hockenberry in accordance with ECF Policies & Procedures Manual, § II.C.2.a*)<br>Rodney K. Hunsinger<br>Oklahoma Bar No. 19839<br>Jared R. Boyer<br>Oklahoma Bar No. 30495<br>Rachel N. Jordan<br>Oklahoma Bar No. 32704<br>4217 28th Ave. NW, Suite 101<br>Norman, OK 73069<br>(405) 561-2410; (405) 563-9085 (fax)<br>Rodney@hblawpartners.com<br>Jared@hblawpartners.com<br>Rjordan@hblawpartners.com<br><br>COUNSEL FOR PLAINTIFF<br>SCOTT HOCKENBERRY | /s/ R. D. Evans, Jr.<br>R. D. Evans, Jr.<br>Louisiana Bar No. 20805<br>Scott Maule<br>Oklahoma Bar No. 31760<br>Sarah Greenwalt McMurray<br>Oklahoma Bar No. 31566<br>Assistant United States Attorneys<br>Office of the United States Attorney<br>for the Western District of Oklahoma<br>210 Park Ave., Suite 400<br>Oklahoma City, OK 73102<br>(405) 553-8700; (405) 553-8885 (fax)<br>Don.Evans@usdoj.gov<br>Scott.Maule@usdoj.gov<br>Sarah.McMurray@usdoj.gov<br><br>COUNSEL FOR DEFENDANT<br>UNITED STATES OF AMERICA<br><br>FLUET<br><br>/s/ R. D. Evans, Jr., for<br>David S. Jonas<br>(*Signed by Filing Attorney with permission of Counsel for Michelle Beth Kalas in accordance with ECF Policies & Procedures Manual, § II.C.2.a*)<br>David S. Jonas<br>Virginia Bar No. 94272<br>Kelly E. DuBois<br>Virginia Bar No. 92014<br>1751 Pinnacle Drive, Suite 1000<br>Tysons, VA 22201<br>(703) 590-1234; (703) 590-0366 (fax)<br>DJonas@fluet.law<br>KDuBois@fluet.law<br><br>COUNSEL FOR<br>MICHELLE BETH KALAS |